No. 681. CALIFORNIA *v.* UNITED STATES. Court of Claims. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Edmund G. Brown,* Attorney General of California, *Phil D. Swing, Howard C. Ellis, Robert F. Klepinger* and *Wil-*

*liam W. Barron* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Benjamin Forman* for the United States.